UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

REDELL REDD (#125980)

VERSUS

JAMES LEBLANC, ET AL

CIVIL ACTION

NUMBER 08-465-JVP-DLD

RULING

Pro se plaintiff, an inmate confined at Dixon Correctional Institute, Jackson, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against Louisiana Department of Public Safety and Corrections Secretary James LeBlanc, Connie Kennedy and Deputy Warden Steve Rader. Plaintiff alleged that he is being held beyond his release date in violation of his constitutional rights.

Plaintiff also filed a motion for a temporary restraining order seeking an order directing the defendants to expunge his criminal record and release him from custody. Record document number 3.

In order to determine whether to issue a preliminary injunction the court must consider four factors:[1]

1. the significance of the threat of irreparable harm to the plaintiff if the injunction is not granted;

2. the state of balance between this harm and the injury that granting the injunction would

---

[1] Wright and Miller, Federal Practice and Procedure: Civil, § 2948, et seq.

   inflict on the defendant;

3. the probability that the plaintiff will succeed on the merits; and

4. the public interest.

It is unlikely that the plaintiff will prevail on his claims against the defendants. Any harm which may come to the plaintiff is likely to be minor rather than irreparable and it can be compensated for monetarily should the plaintiff prevail in this action.

Additionally, the public interest in the issuance or denial of a preliminary injunction is minimal or non-existent in this case.

The plaintiff has not shown the exceptional circumstances needed for issuance of a temporary restraining order of the sort the plaintiff seeks. Therefore, his request for a temporary restraining order is denied.

Baton Rouge, Louisiana, September __16__, 2008.

_____
JOHN V. PARKER
UNITED STATES DISTRICT JUDGE